Chief Justice
SCOTT BRISTER

Justices
SCOTT FIELD
APRIL FARRIS

Clerk
CHRISTOPHER A. PRINE



# Fifteenth Court of Appeals

P.O. Box 12852, AUSTIN, TEXAS 78711
www.txcourts.gov/15thcoa/
512-463-1610

Friday, November 14, 2025

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

DEC 0 1 2025

CHRISTOPHER . NE
CLERK

Chedda Maddy
c/o Canyon Creek Behavioral Health
1201 Canyon Creek Drive
Temple, TX 76502

Christopher Wohleb
Bell County Attorney's Office
1822 Waterbury Ct
Temple, TX 76502
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     15-25-00196-CV
        Trial Court Case Number:     25CMI00789

Style:  In re The Committment of Chedda Maddy

Please be advised that on this date, the clerk's record has been received and filed. If the clerk's record is incomplete, any party may seek to supplement the record. *See* Tex. R. App. P. 34.5(c). **If there is no reporter's record or the reporter's record has already been filed, appellant's brief is due 30 days (20 days in accelerated appeals) from the date of this notice.** *See* Tex. R. App. P. 38.6(a).

*If not previously paid,* the appellant's court cost fee is now due. Please pay all court costs electronically by utilizing the Court's e-filing service.

Sincerely,

Christopher A. Prine, Clerk

cc:     Shelley Coston (DELIVERED VIA E-MAIL)



**Fifteenth Court of Appeals - 235**
P.O. Box 12852
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS
AUTO LETTER



US POSTAGE PITNE
ZIP 78701  $ 000
02 7W
0008034838 NOV. 17

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

**DEC 0 1 2025**

CHRISTOPHER A. PRINE
CLERK

**RE: 15-25-00196-CV**
Chedda Maddy
c/o Canyon Creek Behavioral Health
1201 Canyon Creek Drive

**RETURN TO SENDER**

NIXIE          787      FE 1              0011/28/25
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD

ANK        BC: 78711285252      *0893-04943-28-2